IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANA A. DANCY, | ) | |
| | ) | 4:09CV3181 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FIVE STAR QUALITY CARE, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the plaintiff's unopposed oral motion to continue is granted, and the parties shall file their Rule 26(f) report of parties planning conference on or before October 22, 2009.

   DATED this 16th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge