IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANA A. DANCY, | ) | |
| | ) | 4:09CV3181 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| FIVE STAR QUALITY CARE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The parties' joint motion to continue the progression schedule, (filing no. 20), is granted.

2) The progression schedule is amended as follows:

   a. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is July 30, 2010.

   b. The discovery and deposition deadline is August 16, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

   c. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on Daubert and related grounds is August 23, 2010.

   d. The pretrial conference will be held before the undersigned magistrate judge on November 30, 2010 at 11:00 a.m. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on November 29, 2010, and the draft order shall conform to the requirements of the local rules.

   e. A jury trial is set to commence on December 13, 2010. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

April 8, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge