IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANA A. DANCY, <br><br> Plaintiff, <br><br> vs. <br><br> FIVE STAR QUALITY CARE <br><br> Defendant. | Case No. 4:09CV3181 <br><br> MEMORANDUM AND ORDER |

Citing difficulties arising between the Plaintiff and counsel, plaintiff's counsel of record, Joy Shiffermiller, has moved to withdraw. Defense counsel does not oppose the motion to withdraw, and the case is in the early stages of litigation. The court finds the motion to withdraw should be granted.

IT IS ORDERED:

1. The motion to withdraw filed by Joy Shiffermiller, (filing no. 23), is granted. Ms. Shiffermiller shall promptly mail a copy of this order to the Plaintiff, and file a certificate of service stating she has done so.

2. The Plaintiff is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on her behalf; or (2) file a statement informing the court of her intent to proceed in this case without counsel. If neither of these actions is taken within the next 20 days, this case will be subject to dismissal.

Dated this 19th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge