IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANA A. DANCY,                          )
                                        )
            Plaintiff,                  )            4:09CV3181
                                        )
      V.                                )
                                        )
FIVE STAR QUALITY CARE,                 )       MEMORANDUM AND ORDER
                                        )
            Defendant.                  )

The Motion to Withdraw filed by Joy Shiffermiller, (filing no. 23) was granted on April 19, 2010.  The plaintiff was given twenty days to either: (1) obtain the services of substitute counsel and have the attorney file an appearance on her behalf; or (2) file a statement informing the court of her intent to proceed in this case without counsel.  The order warned that failure to timely comply may result in dismissal of plaintiff's complaint.  See, filing no. 24.  Plaintiff's former counsel provided a copy of the Motion to Withdraw to the plaintiff on April 19, 2010.  See, filing nos. 25 & 26.  To date, the plaintiff has not informed the court of her intent to proceed without counsel, and no attorney has entered an appearance on plaintiff's behalf.

IT IS ORDERED:

1)    The plaintiff is given until June 16, 2010 to show cause why her claims should not be dismissed for want of prosecution, in the absence of which plaintiff's claims against the defendant may be dismissed and a judgment of dismissal may be entered without further notice.

2)    The clerk shall mail a copy of this memorandum and order to the plaintiff at the following address:

            Dana A. Dancy
            240 N. 30th
            Lincoln, Nebraska 68503

June 2, 2010.                           BY THE COURT:
                                        s/ *Cheryl R. Zwart*
                                        United States Magistrate Judge