IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANA A. DANCY, ) | |
| ) | |
| Plaintiff, ) | 4:09CV3181 |
| ) | |
| v. ) | |
| ) | |
| FIVE STAR QUALITY CARE, ) | FINDINGS AND |
| ) | RECOMMENDATION |
| Defendant. ) | |
| ) | |

The plaintiff did not comply with the court's order dated April 19, 2010 which required the plaintiff to inform the court as to whether she intends to pursue this case pro se or with counsel, (Filing No. 24); and has not responded to the court's order dated June 2, 2010 requiring her to show cause why her claims should not be dismissed for want of prosecution (Filing No.27). Both the April 19, 2010 and June 2, 2010 orders warned that plaintiff's failure to comply may result in dismissal of his case without further notice.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Warren K. Urbom, United States District Judge, pursuant to 28 U.S.C. § 636(b), that plaintiff's complaint be dismissed for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS ORDERED:

The clerk shall send a copy of this document to the plaintiff at her last known address. (See filing no. 25).

June 17, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge