IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANA A. DANCY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3181 |
| | ) | |
| v. | ) | |
| | ) | |
| FIVE STAR QUALITY CARE, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| Defendant. | ) | |
| | ) | |

On June 2, 2010, Magistrate Judge Cheryl R. Zwart issued a show cause order, filing 27, giving "the plaintiff until June 16, 2010 to show cause why her claims should not be dismissed for want of prosecution, in the absence of which plaintiff's claims against the defendant may be dismissed and a judgment of dismissal may be entered without further notice."

The clerks mailed a copy of the show cause order to the plaintiff at the address provided by the plaintiff. No response to this order has been received by the plaintiff.

On June 17, 2010, Magistrate Judge Cheryl R. Zwart issued her Findings and Recommendation, filing 28, stating that "pursuant to 28 U.S.C. § 636(b) the plaintiff's complaint be dismissed for want of prosecution." No objection to that Findings and Recommendation has been filed.

IT IS THEREFORE IS ORDERED that:

1. the Findings and Recommendation, filing 28, are adopted; and
2. this case is dismissed without prejudice for want of prosecution.

Dated July 7, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge